# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## TAMPA DIVISION

SAMANTHA SCHREIBER,

      Plaintiff,

v.

BENDERSON DEVELOPMENT
COMPANY, LLC,

      Defendant.

_____/

CASE NO.:  8:11-cv-970T-33TGW

## NOTICE OF RESOLUTION

      Defendant, BENDERSON DEVELOPMENT COMPANY, LLC, and Plaintiff SAMANTHA SCHREIBER, by and through their respective undersigned counsel, hereby notify the Court that the parties have resolved this case.  A Stipulation of Dismissal with Prejudice will be filed with the Court.

      Dated:  January 18, 2012

                                          Respectfully submitted:

| | |
|---|---|
| /s/Aaron Behar | /s/Kevin D. Zwetsch |
| AARON BEHAR, ESQ. | KEVIN D. ZWETSCH, ESQ. |
| Florida Bar No.: 166286 | Florida Bar No.: 0962260 |
| **AARON BEHAR, P.A.** | **OGLETREE, DEAKINS** |
| 7551 Wiles Road, Suite 106 | 100 N. Tampa Street, Suite 3600 |
| Coral Springs, Florida 33067 | Tampa, Florida 33602 |
| Telephone: (954) 899-0200 | Telephone: (813) 289-1247 |
| Facsimile: (954) 332-9260 | Facsimile:  (813) 289-6530 |
| ab@aaronbeharpa.com | kevin.zwetsch@ogletreedeakins.com |

LAWRENCE POPRITKIN, ESQ.
Florida Bar No.:0119946
**LAWRENCE POPRITKIN, P.A.**
1801 NW 66 Avenue, Suite 104
Plantation, Florida  33313
Tel.: (954) 791-7240 / Fax:  (954) 791-7331
lpopritkin@ldplaw.net

ATTORNEYS FOR PLAINTIFF                ATTORNEYS FOR DEFENDANT